UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2020

-------------------------------------------------------------X
CHERYL LYNN HOLLIS,

                    Plaintiff,                        19 **CIVIL** 10946 (LGS)(KNF)

      -v-                                                **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 13, 2020, that the decision is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to offer Plaintiff the opportunity for a hearing, and issue a new decision.

**Dated:**  New York, New York
           October 13, 2020

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                   BY:
                                                                        **Deputy Clerk**